## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

JEREMY SMITH

VERSUS

DARREL VANNOY, ET AL.

CIVIL ACTION

21-322-SDD-EWD

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated January 4, 2022, to which no opposition was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Jeremy Smith's federal claims for lost property against Darrel Vannoy, J. Turner and Nyesha Davis are hereby DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over potential state law claims and this case is hereby CLOSED. Leave to amend will be denied, if sought, as Smith's claims are prescribed on the face of the *Complaint*.

Signed in Baton Rouge, Louisiana the  27  day of January, 2022.

_Shelly D. Dick_
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 7.